**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, L.L.C., | No. C-06-4338 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING ON BRIGGS DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| DOW CLEANERS, et al., | |
| Defendants | |

The hearing date for defendants Dale Briggs and Gregory Briggs's motion to dismiss, filed and served on August 21, 2006, is hereby CONTINUED from September 22, 2006 to September 29, 2006.  See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion").

   **IT IS SO ORDERED.**

Dated: August 22, 2006

MAXINE M. CHESNEY
United States District Judge