IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, L.L.C., | No. C 06-4338 MMC |
| Plaintiff, | **ORDER TERMINATING APPLICATION OF ELECTRONIC CASE FILING PROGRAM TO ACTION** |
| v. | |
| DOW CLEANERS, Et al., | |
| Defendants / | |

To date, the above-titled action has been governed by General Order No. 45, which requires that documents be filed with the Clerk of the Court electronically under the Electronic Case Filing program.

Because defendant Wanda Sweeney, who filed an answer on September 12, 2006, is not represented by counsel, the Court hereby terminates application of the Electronic Case Filing program to the action. Any further documents filed in the action shall be filed with the Clerk of the Court on paper rather than electronically.

**IT IS SO ORDERED.**

Dated: September 25, 2006

MAXINE M. CHESNEY
United States District Judge