**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   HAGSTROM PROPERTIES, L.L.C.,              No. C-06-4338 MMC

12            Plaintiff,                **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

13     v.

14   DOW CLEANERS, et al.,

15            Defendants
                                                    /

16

17        Before the Court is the Joint Case Management Conference Statement, filed

18   December 1, 2006, in which the parties jointly request that the Case Management

19   Conference be continued for 90 days to allow plaintiff further time to locate and serve a

20   number of unserved defendants and to allow the appearing parties further time to attempt

21   to secure the participation of insurance carriers.

22        Good cause appearing, the Case Management Conference is hereby CONTINUED

23   from December 8, 2006 to March 9, 2007.  A Joint Case Management Conference

24   Statement shall be filed no later than March 2, 2007.

25        **IT IS SO ORDERED.**

26
     Dated: December 4, 2006
27                                            MAXINE M. CHESNEY
                                              United States District Judge
28