Clifford R. Horner, Esq., State Bar No. 154353
Kevin P. Montee, Esq., State Bar No. 223822
**HORNER & SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, California 94596
Telephone:    925.943.6570
Facsimile:    925.943.6888

Attorneys for Plaintiff
HAGSTROM PROPERTIES, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, L.L.C. a California limited liability company;<br><br>　　　Plaintiff,<br><br>vs.<br><br>DOW CLEANERS, a California corporation aka DOW CLEANERS A JASON CO. and aka DOW CLEANERS INC.; GEORGE A. DOW, JR., an individual dba Dow Cleaners & Dyers; GRACE LeOLA. DOW, an individual dba Dow Cleaners & Dyers; ROBERT FORRESTER, an individual dba Dow's Cleaners; RUBY FORRESTER, an individual. dba Dow's Cleaners; ROBERT A. HILL; an individual dba Dow's Cleaners; CLARENCE D. KREPS, an individual dba Dow's Cleaners and/or Prestige Cleaners & Laundry; JOHN THARP, an individual dba Dow's Cleaners; BARBARA THARP, an individual dba Dow's Cleaners; DALE BRIGGS, an individual dba DGT Enterprises, Inc. and dba Westates Pacific Company, Inc. and dba as Dow Cleaners, Inc.; GREGORY BRIGGS, an individual; GREIG SWEENEY, an individual; WANDA SWEENEY, an individual; JAMES REMESAL, an individual dba Dow Cleaners and dba Dow Cleaners A Jasons Co. and dba Dow Cleaners A Ja-Sons Co; ANDREA REMESAL, an individual dba Dow Cleaners and dba Dow Cleaners A Jasons Co. and dba Dow Cleaners A Ja-Sons Co; ASLAM LODHI, | Case No. 06-CV-04338-MMC<br><br><br><br>~~PROPOSED ORDER TO~~ DISMISSING WITHOUT PREJUDICE UNSERVED DEFENDANTS<br><br>[FRCP 4(m)] |

| | |
|---|---|
| 1 | an individual dba Dow Cleaners; RAQIA LODHI, an individual dba Dow Cleaners; ADAM CHEBL, an individual dba Dow Cleaners; and DOES 7 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |

After consideration of the papers submitted by Plaintiff, HAGSTROM PROPERTIES, LLC, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's, Motion to Dismiss without Prejudice Unserved Defendants, without prejudice is granted, as to the following defendants:

GEORGE A. DOW, JR., an individual dba Dow Cleaners & Dyers;

GRACE LeOLA. DOW, an individual dba Dow Cleaners & Dyers;

ROBERT FORRESTER, an individual dba Dow's Cleaners;

RUBY FORRESTER, an individual. dba Dow's Cleaners;

ROBERT A. HILL; an individual dba Dow's Cleaners;

CLARENCE D. KREPS, an individual dba Dow's Cleaners and/or Prestige Cleaners & Laundry;

JAMES REMESAL, an individual dba Dow Cleaners and dba Dow Cleaners A Jasons Co. and dba Dow Cleaners A Ja-Sons Co; and

ANDREA REMESAL, an individual dba Dow Cleaners and dba Dow Cleaners A Jasons Co. and dba Dow Cleaners A Ja-Sons Co.

**IT IS SO ORDERED:**

Dated: June 13, 2007

_____
JUDGE OF THE COURT

PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE UNSERVED DEFENDANTS      2