**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, L.L.C., | No. C-06-4338 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO DISMISS TWO REMAINING UNSERVED DEFENDANTS OR TO SHOW CAUSE WHY SAID DEFENDANTS SHOULD NOT BE DISMISSED** |
| v. | |
| DOW CLEANERS, et al., | |
| Defendants / | |

At the case management conference conducted March 9, 2007, the Court set a deadline of May 4, 2007 for plaintiff to serve defendants. At the next case management conference, conducted June 1, 2007, plaintiff advised the Court that it would file a motion, by June 11, 2007, to dismiss all unserved defendants. On June 11, 2007, plaintiff filed a motion to dismiss eight unserved defendants, which motion the Court, by separate order filed concurrently herewith, has granted. A review of the operative pleading and the docket indicate, however, that two additional defendants remain unserved, specifically, (1) "Dow Cleaners, a California corporation aka Dow Cleaners A Jason Co. and aka Dow Cleaners Inc.,"[1] and (2) "Greig Sweeney, an individual."

---

[1] Two individual defendants have been sued and have appeared using a dba of "Dow Cleaners." (See Answer of Aslam Lodhi and Raqia Lodhi, filed November 21, 2006, at 1:19-20.) A third individual defendant has been sued and has appeared using a dba of "Dow Cleaners Inc." (See Answer of Dale Briggs, filed November 16, 2006, at 2:1:2.) Plaintiff has sued as a separate defendant, however, a "corporation" named "Dow Cleaners."

Accordingly, plaintiff is hereby DIRECTED to file, no later than June 22, 2007, a motion to dismiss the two unserved defendants identified above or to show cause why said two defendants, or either of them, should not be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 13, 2007

MAXINE M. CHESNEY
United States District Judge