| | |
|---|---|
| 1 | Clifford R. Horner, Esq., State Bar No. 154353 |
| 2 | Terrence Meyerhoff., Esq. State Bar No. 176701<br>**HORNER & SINGER LLP** |
| 3 | 1646 N. California Blvd., Suite 250<br>Walnut Creek, California 94596 |
| 4 | Telephone:   925.943.6570<br>Facsimile:    925.943.6888 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>HAGSTROM PROPERTIES, L.L.C. |

**FILED**

JUN 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | HAGSTROM PROPERTIES, L.L.C. a California limited liability company; | Case No. 06-CV-04338-MMC |
| 14 | Plaintiff, | |
| 15 | vs. | ~~PROPOSED~~ ORDER DISMISSING WITHOUT PREJUDICE REMAINING UNSERVED DEFENDANTS |
| 16 | DOW CLEANERS, a California corporation aka DOW CLEANERS A JASON CO. and aka DOW CLEANERS INC.; GEORGE A. DOW, JR., an individual dba Dow Cleaners & Dyers; GRACE LeOLA. DOW, an individual dba Dow Cleaners & Dyers; ROBERT FORRESTER, an individual dba Dow's Cleaners; RUBY FORRESTER, an individual. dba Dow's Cleaners; ROBERT A. HILL; an individual dba Dow's Cleaners; CLARENCE D. KREPS, an individual dba Dow's Cleaners and/or Prestige Cleaners & Laundry; JOHN THARP, an individual dba Dow's Cleaners; BARBARA THARP, an individual dba Dow's Cleaners; DALE BRIGGS, an individual dba DGT Enterprises, Inc. and dba Westates Pacific Company, Inc. and dba as Dow Cleaners, Inc.; GREGORY BRIGGS, an individual; GREIG SWEENEY, an individual; WANDA SWEENEY, an individual; JAMES REMESAL, an individual dba Dow Cleaners and dba Dow Cleaners A Jasons Co. and dba Dow Cleaners A Ja-Sons Co; ANDREA REMESAL, an individual dba Dow Cleaners and dba Dow Cleaners A Jasons Co. and dba Dow Cleaners A Ja-Sons Co; ASLAM LODHI, | [FRCP 4(m)] |

| | |
|---|---|
| 1 | an individual dba Dow Cleaners; RAQIA LODHI, an individual dba Dow Cleaners; ADAM CHEBL, an individual dba Dow Cleaners; and DOES 7 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |

After consideration of the papers submitted by Plaintiff, HAGSTROM PROPERTIES, LLC, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion to Dismiss without Prejudice Remaining Unserved Defendants, is GRANTED, as to the following defendants:

1. Dow Cleaners, a California Corporation, aka Dow Cleaners A Jason Co. and aka Dow Cleaners, Inc.;

2. Greig Sweeney, an individual GEORGE A. DOW, JR., an individual dba Dow Cleaners & Dyers.

**IT IS SO ORDERED:**

Dated: JUN 2 9 2007

_____
JUDGE OF THE COURT
**Maxine M. Chesney
United States District Judge**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAGSTROM PROPERTIES,

        Plaintiff,

v.

DOW CLEANERS et al,

        Defendant.
_____/

Case Number: CV06-04338 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford R. Horner
Kevin Paul Montee
Horner & Singer LLP
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596

David R. Isola
Isola & Ruiz, LLP
701 South Ham Lane
Lodi, CA 95242

Keith Douglas Chidlaw M
Schuering Zimmerman Scully Tweedy & Doyle
400 University Avenue
Sacramento, CA 95825

Louis Andrew Biggio
P.O. Box 471
Napa, CA 94559

Wanda Sweeney
3275 Laurel Street
Napa, CA 94558
Dated: June 29, 2007

                                            Richard W. Wieking, Clerk
                                            By: Tracy Lucero, Deputy Clerk