1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   Hagstrom Properties, L.L.C.,)
                                 )
12            Plaintiff(s),      )      No. C06-4338 MMC (BZ)
                                 )
13        v.                     )      **NOTICE OF SETTLEMENT**
                                 )      **CONFERENCE AND ORDER**
14   Dow Cleaners, et al.,       )      **SCHEDULING SETTLEMENT**
                                 )      **CONFERENCE**
15            Defendant(s).      )
                                 )
16   _____)

17        The above matter was referred to Magistrate Judge Bernard

18   Zimmerman for settlement purposes.

19        You are hereby notified that a settlement conference is

20   scheduled for **Thursday, December 13, 2007, at 9:00 a.m.**, in

21   Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

22   Avenue, San Francisco, California 94102.

23        It is the responsibility of counsel to ensure that

24   whatever discovery is needed for all sides to evaluate the

25   case for settlement purposes is completed by the date of the

26   settlement conference. Counsel shall cooperate in providing

27   discovery informally and expeditiously.

28        Lead trial counsel shall appear at the Settlement

                                1

1   Conference with the parties.  Any party who is not a natural

2   person shall be represented by the person or persons **not**

3   **directly involved** in the events which gave rise to the

4   litigation but with **full** authority to negotiate a settlement.

5   A person who needs to call another person not present before

6   agreeing to any settlement does not have full authority.  If a

7   party is a governmental entity, its governing body shall

8   designate one of its members or a senior executive to appear

9   at the Settlement Conference with authority to participate in

10  the Settlement Conference and, if a tentative settlement

11  agreement is reached, to recommend the agreement to the

12  governmental entity for its approval.  An insured party shall

13  appear with a representative of the carrier with full

14  authority to negotiate up to the limits of coverage.  The

15  Court shall be notified immediately if the carrier declines to

16  attend.  Personal attendance of a party representative will

17  rarely be excused by the Court, and then only upon separate

18  written application demonstrating substantial hardship served

19  on opposing counsel and lodged as early as the basis for the

20  hardship is known but no later than the Settlement Conference

21  Statement.

22      Each party shall prepare a Settlement Conference

23  Statement, which must be served on opposing counsel and lodged

24  (not faxed) with my chambers no later than seven calendar days

25  prior to the conference.  The Statement shall **not** be filed

26  with the Clerk of the Court.  The Statement **may** be submitted

27  on CD-ROM with hypertext links to exhibits.  Otherwise, the

28  portion of exhibits on which the party relies **shall** be

highlighted.  The Settlement Conference Statement shall not exceed ten pages of text and twenty pages of exhibits and shall include the following:

1.  A brief statement of the facts of the case.

2.  A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded.

3.  A list of the key (not more than three) facts in dispute and a brief statement of the **specific** evidence relevant to a determination of those facts.

4.  A summary of the proceedings to date and any pending motions.

5.  An estimate of the cost and time to be expended for further discovery, pretrial and trial.

6.  The relief sought, including an itemization of damages.

7.  The parties' position on settlement, including present demands and offers and a history of past settlement discussions.  The Court's time can best be used to assist the parties in completing their negotiations, not in starting them.  Accordingly, plaintiff must serve a demand in writing no later than fourteen days before the conference and defendant must respond in writing no later than eight days before the conference.  If plaintiff seeks attorney's fees and costs, plaintiff's counsel shall either include the fee claim in the demand or make a separate, simultaneous demand for fees and costs.  Counsel shall be prepared at the conference to provide sufficient information to enable the fee claim to be

1   evaluated for purposes of settlement.  The parties are urged

2   to carefully evaluate their case before taking a settlement

3   position since extreme positions hinder the settlement

4   process.

5       Along with the Statement each party shall lodge with the

6   court a document of no more than three pages containing a

7   **candid** evaluation of the parties' likelihood of prevailing on

8   the claims and defenses, and any other information that party

9   wishes not to share with opposing counsel.  The more candid

10  the parties are, the more productive the conference will be.

11  This document shall not be served on opposing counsel.

12      It is not unusual for conferences to last three or more

13  hours.  Parties are encouraged to participate and frankly

14  discuss their case.  Statements they make during the

15  conference will not be admissible at trial in the event the

16  case does not settle.  The parties should be prepared to

17  discuss such issues as:

18      1. Their settlement objectives.

19      2. Any impediments to settlement they perceive.

20      3. Whether they have enough information to discuss

21  settlement.  If not, what additional information is needed.

22      4. The possibility of a creative resolution of the

23  dispute.

24      The parties shall notify Magistrate Judge Zimmerman's

25  chambers immediately if this case settles prior to the date

26  set for settlement conference.  Counsel shall provide a copy

27  of this order to each party who will participate in the

28  conference.

1  Dated: September 18, 2007

2

3                                    _____
                                        BERNARD ZIMMERMAN
4                                    UNITED STATES MAGISTRATE JUDGE

G:\BZALL\-REF\refs.03\
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28