UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>DOW CLEANERS, et al,<br><br>        Defendant(s). | No. C06-4338 MMC (BZ)<br><br>**ORDER TO SHOW CAUSE DIRECTED TO JOHN AND BARBARA THARP** |

By Order dated September 18, 2007 I scheduled a settlement conference and required all parties to file a settlement conference statement and to appear at a settlement conference on December 13, 2007. Counsel for the plaintiff has certified in writing and under oath that a copy of this Order was served on defendants John and Barbara Tharp on September 21, 2007. John and Barbara Tharp did not file a settlement conference statement, and did not attend the settlement conference. All of the other parties attended.

**IT IS THEREFORE ORDERED** that defendants John and Barbara Tharp shall explain in writing by **March 15, 2008**, why they failed to comply with the court's Order and show cause why

they should not be held in contempt or sanctioned pursuant to Rule 16(f) of the Federal Rules of Civil Procedure for their failures to comply with the court's Order. A hearing on the Order To Show Cause is scheduled for **Wednesday, April 2, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. John and Barbara Tharp must attend in person. No other party is required to attend the hearing.

Dated: February 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\HAGSTROM.OSC.THARPS.2.wpd