IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, L.L.C., | No. C-06-4338 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS ASLAM LODHI AND RAQIA LODHI TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| DOW CLEANERS, et al., | |
| Defendants | |

On February 29, 2008, defendants Aslam Lodhi and Raqia Lodhi electronically filed an answer to plaintiff's Second Amended Complaint. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document,

1 | the Court may impose sanctions, including, but not limited to, striking from the record any
2 | electronically-filed document of which a chambers copy has not been timely provided to the
3 | Court.

**IT IS SO ORDERED.**

Dated: March 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge