UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAGSTROM PROPERTIES, | ) | |
| Plaintiff(s), | ) | No. C06-4338 MMC (BZ) |
| v. | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| DOW CLEANERS, et al, | ) | |
| Defendant(s). | ) | |

    Mr. Tharp filed a written response on March 12, 2008 to the Order To Show Cause issued on February 26, 2008. Since it was not clear whether he had filed or served the response on other parties, I directed my clerk to file it electronically.

    Having read the response, the court finds that under the circumstances of this case no monetary sanctions are appropriate. However, the Tharps are **ORDERED** to communicate with plaintiff about the circumstances surrounding their ownership of the dry cleaning business and in particular whether they had liability insurance which might provide them with coverage for any of plaintiff's claims.

    The Order To Show Cause is otherwise **DISCHARGED**. The

1 | hearing scheduled for April 2, 2008 is **VACATED**.
2 | Dated: March 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\HAGSTROM.OSC.DISCHARGE. RE THARPS.wpd

2