**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, L.L.C., | No. C-06-4338 MMC |
| Plaintiff, | **ORDER APPROVING SUBSTITUTION OF COUNSEL; DIRECTIONS TO PARTIES** |
| v. | |
| DOW CLEANERS, et al., | |
| Defendants / | |

Before the Court is defendant Adam Chebl's ("Chebl") "Substitution of Attorney," filed May 2, 2008. Good cause appearing therefrom, the substitution is hereby APPROVED, and Chebl shall represent himself in place and in stead of Louis A. Biggio.

All represented parties are hereby DIRECTED to continue to electronically file any documents. Additionally, all represented parties are hereby DIRECTED to serve Chebl with any documents by mail at the following address:

> Adam Chebl
> P.O. Box 471
> Napa CA  94559

Chebl is hereby DIRECTED to file any documents on paper, specifically, by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, San Francisco CA 94102, an original document and a chambers copy of any original document. Additionally, Chebl is hereby DIRECTED to serve all parties with a copy of any document

filed with the Clerk, by mailing or personally delivering such copy to each remaining party.[1]

**IT IS SO ORDERED.**

Dated: May 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] For Chebl's information, a service list of all remaining parties is attached as the last page to the Substitution of Attorney filed May 2, 2008.